Filing # 94886369 E-Filed 08/28/2019 09:59:15 AM

IN THE CIRCUIT COURT,
EIGHTEENTH JUDICIAL CIRCUIT, IN
AND FOR BREVARD COUNTY,
FLORIDA

CASE NO.:

KELLY QUINCE,

    Plaintiff,

-vs-

TARGET CORPORATION,

    Defendant

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff sues Defendant, and alleges:

1. This is an action for damages in excess of $15,000.00.

2. That at all times material hereto, Plaintiff was a resident of Brevard County, Florida.

3. That at all times material hereto, Defendant was a corporation, with a principal business address of 1000 Nicollet Mall, TPS- 3155, Minneapolis, Minnesota.

4. At all times material, Defendant operated, managed, owned, and did business as Target located at 250 Crockett Blvd, Merritt Island, Brevard County, Florida.

5. The incident giving rise to this Complaint occurred on October 4, 2018 at the Target noted above.

6. At all times material hereto, Plaintiff was a customer inside the Target noted above.

[10945923/1]

7. At the time, there existed a dangerous, latent condition on the premises described above. Specifically, an area of the roof was leaking, causing water to accumulate on the tile floor and the tile floor to be an unreasonably dangerous slipping hazard.

8. At all times material, Defendant and its employees/agents owed a duty to all customers in the store, which included Plaintiff, to use reasonable care in maintaining its property and premises in a reasonably safe condition, and to warn of dangerous, latent conditions it knew of, or should have known of. Defendant breached this duty and was negligent when it failed to conduct appropriate inspections of the roof and flooring in the store, failed to conduct appropriate inspections looking for foreign substances on the flooring, improperly maintained the roof and flooring in the store, knowingly selected flooring material that was too slippery for customer foot traffic, especially when foreign substances were on the flooring, failed to cause the repair of the defective and dangerous roof and flooring, failed to warn customers of the leaking roof and foreign substance on the flooring, failed to clean up the foreign substance on the flooring, failed to place anti-slip mats in the area of the leak when conditions called for them, failed to barricade customer entry in the area of the leaking roof, and/or failed to warn the customers of the defective condition of the roof and flooring.

9. As a result of these failures, the dangerous, latent condition of the roof and flooring and the foreign substance was created by, allowed to remain by, and was not remedied by, Defendant's employees/agents that were acting within the course and scope of their employment with Defendant.

10. The condition was unknown to Plaintiff, and could not be known by ordinary means.

11. As Plaintiff shopped in the store, she slipped in accumulated water, which caused Plaintiff to fall and severely injure herself.

12. Defendant is legally responsible for the negligent actions of its employees/agents in this situation, if any.

13. As a result of the negligence of Defendant's employees, which is legally attributable to the Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff demands judgment against the Defendant, for damages and costs and a trial by jury of all issues herein.

FARAH & FARAH, P.A.

Kevin A Brown
Florida Bar No.: 0705691
800 N. Magnolia Avenue, Suite 105
Orlando, Florida 32803
(407) 392-0032
(407) 730-4708 (facsimile)
kbrown@farahandfarah.com
tcastneda@farahandfarah.com
Attorney for Plaintiff

[10945923/1]